UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN K BROWN, | |
| Plaintiff, | CASE NO. 3:19-CV-05613-MAT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

THIS MATTER comes before this Court following an appeal (Dkt. 15) of the Court's April 13, 2020 order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. 13) (the District Court Order). On August 30, 2021, the United States Court of Appeals for the Ninth Circuit issued a decision (Dkt. 20) remanding the District Court's Order with instructions to remand to the agency with instructions to set aside the determination of the Administrative Law Judge (ALJ) that Plaintiff was not disabled before April 25, 2018, and to conduct a new hearing on that issue before a different, and properly appointed, ALJ.

On October 26, 2021, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 21.)

ORDER
PAGE - 1

Consistent with the decision of the United States Court of Appeals for the Ninth Circuit entered August 30, 2021 (Dkt. 20), it is hereby ORDERED that this matter be remanded to the Social Security Administration with instructions to set aside the ALJ's determination that Plaintiff was not disabled before April 25, 2018, and to conduct a new hearing on that issue before a different, and properly appointed, ALJ

DATED this 26th day of October, 2021.

MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE - 2